| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 0416 1:18CR00538 |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* 3:22-00269 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Kalena Hodges<br><br>(MIDDLE DISTRICT OF TENNESSEE) | Maryland | Greenbelt |
| | NAME OF SENTENCING JUDGE<br>Catherine C. Blake | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 12/24/2020 — TO 12/23/2023 |

OFFENSE

18:1343; 18:2 Wire Fraud; Aiding and Abetting (8 counts)
Sentencing Date: 08/02/2019

**PART 1 - ORDER TRANSFERRING JURISDICTION**

### UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Middle District of Tennessee upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

Aug. 4, 2022
*Date*

*/s/ Catherine C. Blake*
United States District Judge

Catherine C. Blake

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

### UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

August 11, 2022
*Effective Date*

*/s/ William L. Campbell, Jr.*
United States District Judge